UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
LUIS GUTIERREZ PALAPA and GERMAN
IGNACIO REYES MEJIA, individually and on
behalf of others similarly situated,

                Index No. 1:18-cv-02412-PAE-GWG

          *Plaintiffs*,

                NOTICE OF APPEARANCE

      -against-

MSD ENTERPRISES, INC. (D/B/A BAR VIRAGE)
MANAGEMENT GROUP, INC., DAVID GELGARD
(A.K.A. DAVID GELBARD), MIKE SHLEV (A.K.A
MICHAEL), JACOB COHEN (A.K.A YAKOV), and
MARCELO SININ,

         *Defendants.*
------------------------------------------------------------------x

      PLEASE TAKE NOTICE that **Tram LoPresto** of the law firm Hoffmann & Associates hereby appears as counsel for defendants MSD Enterprises, Inc., David Gelgard, Mike Shlev and Jacob Cohen and requests that all subsequent papers be served upon this firm at the address indicated below or through the Court's ECF system.

Dated: New York New York
       April 8, 2019

                         **HOFFMANN & ASSOCIATES**

                    By:      /s/ Tram LoPresto
                         **Tram LoPresto**
                         **Hoffmann & Associates**
                         *Attorneys for Defendants MSD Enterprises,*
                         *Inc., David Gelgard, Mike Shlev and Jacob*
                         *Cohen*
                         **450 Seventh Avenue, Suite 1400**
                         **New York, New York 10123**
                         **Tel (212) 679-0400**
                         **Fax (212) 679-1080**
                         **Tram.LoPresto@HoffmannLegal.com**