UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  08/06/2019

LUIS GUTIERREZ PALAPA AND GERMAN
IGNACIO REYES MEJIA,

                                 Plaintiffs,

              -v-

MSD ENTERPRISES, INC., et al.,

                               Defendants.

-------------------------------------------------------------------- X

19 Civ. 2412 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

On August 5, 2019, the parties submitted a proposed settlement agreement, Dkt. 30-1

("Agreement"), and a letter in support, in this Fair Labor Standards Act ("FLSA") and New York

Labor Law action.  The Court has carefully reviewed the Agreement.  The Court concludes,

substantially for the reasons stated in the parties' letter, that the proposed settlement agreement is

fair and reasonable.  Under the Agreement, defendants agree to pay $27,821.34 to plaintiff Luis

Gutierrez Palapa, $41,732.00 to plaintiff German Ignacio Reyes Mejia, and $34,776.66 in

attorneys' fees to plaintiff's attorney, Michael Faillace & Associates.  The Agreement therefore

allocates one third of the settlement amount, net of costs, to plaintiff's counsel as attorneys' fees.

Upon careful review of the Agreement, the Court is satisfied that the Agreement was achieved

through procedurally fair means and is fair and reasonable such that it satisfies the standard set

forth in *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015).

Accordingly, the Court approves the Agreement.

SO ORDERED.

Paul A. Engelmayer
United States District Judge

Dated: August 6, 2019
New York, New York